**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMRAN H., | No. 1:25-cv-01710 JLT SAB (HC) |
| Petitioner, | ORDER ADDITIONAL SUPPLEMENTAL BRIEFING |
| v. | (Docs. 1, 4, 15) |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, a citizen and national of Bangladesh who is presently in immigration detention, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 10, 2026, the magistrate judge issued findings and recommendations recommending that the Petition be granted, Petitioner's application for asylum and withholding of removal be dismissed, and Respondents be directed to provide Petitioner with a bond hearing before an immigration judge. (Doc. 15.)

On March 13, 2026, the Court issued an order for supplemental briefing, explaining that where a detainee has a final order of removal, a prolonged detention claim cannot be decided without simultaneously considering imminence of removal because evidence of imminent removal precludes a habeas court from ordering a bond hearing. (Doc. 18 at 3, citing *Aleman Gonzalez v. Barr*, 955 F.3d 762, 784 (9th Cir. 2020).)

On March 19, 2026, Respondents submitted information demonstrating that they had obtained travel documents to remove Petitioner to Bangladesh, that those documents were valid until the end of April 2026, and that Respondents were "presently arranging for a commercial flight to effectuate [Petitioner's] removal within that time." (Doc. 19.) Respondents requested that the Court deny the Petition and allow immigration authorities to remove him. (*Id.*)

The Court inadvertently failed to flag the matter for prompt action (and no party followed up with the Court) and the travel permit referenced by Respondents has now expired. Given these circumstances, within seven days of the date of this order, Respondents are directed to provide the Court with an update regarding the continued viability of their plans to remove Petitioner. They should provide specific information about any processes and timelines for renewing the relevant travel documentation and travel plans. Petitioner may file a response within five days.

IT IS SO ORDERED.

Dated:    **May 7, 2026**

UNITED STATES DISTRICT JUDGE

2